**ATLANTIC PLATE GLASS COMPANY, a Corporation, Appellant, v. ROMAN FURNITURE MANUFACTURING COMPANY, a Corporation, et al., Appellees.**

Circuit Court of Appeals, Fifth Circuit. December 9, 1927.

No. 5135.

Appeal from the District Court of the United States for the Southern District of Florida; Lake Jones and Wm. I. Grubb, Judges.

J. N. Morris, of Miami, Fla., for appellant.

Floyd L. Knight and A. C. Dressler, both of Miami, Fla., and H. P. Cobb, of Savannah, Ga., for appellees.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The bankruptcy adjudication appealed from is affirmed.

---

2

**Irving M. AUSTIN, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Second Circuit. November 1, 1927.

No. 100.

In Error to the District Court of the United States for the Southern District of New York.

Griffiths & Content, of New York City (Charles H. Griffiths and Clarence V. Opper, both of New York City, of counsel), for plaintiff in error.

Charles H. Tuttle, U. S. Atty., of New York City (Robert B. Watts, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

3

**ESTATE of Charles G. BLAKE, Deceased, per Nathaniel Wright, Union Trust Building, Cincinnati, Ohio, as Executor of. Said Estate, and Nathaniel Wright and Fourth & Central Trust Company of Cincinnati, Ohio, as Trustees of Said Estate, v. COMMISSIONER OF INTERNAL REVENUE.**

Circuit Court of Appeals, Sixth Circuit. October 3, 1927.

No. 4883.

Petition to Review an Order of the United States Board of Tax Appeals.

Murray Seasongood and C. B. Wilby, both of Cincinnati, Ohio, for petitioners.

A. W. Gregg, Gen. Counsel Bureau of Internal Revenue, and Mabel Walker Willebrandt, Asst. Atty. Gen., both of Washington, D. C., for respondent.

PER CURIAM. Dismissed pursuant to request of counsel for appellants.

---

4

**George L. BURROWS, Jr., and John W. Beaumont, Executors of the Last Will of George L. Burrows, Deceased, v. Fred L. WOODWORTH, Collector of Internal Revenue for the First District of Michigan.**

Circuit Court of Appeals, Sixth Circuit, November 8, 1927.

No. 4841.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

For opinion below, see 11 F.(2d) 777. See, also, Woodworth v. Burrows, 22 F.(2d) 1023.

Beaumont, Smith & Harris, of Detroit, Mich., for plaintiffs in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.